UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VOSSEKUIL,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME LOAN, et al.,<br><br>    Defendants. | Case No.: 4:12-cv-02298-YGR<br><br>**ORDER REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

On May 15, 2012, Defendant Wells Fargo Bank, N.A. filed a Motion to Dismiss Complaint. (Dkt. No. 8.) Wells Fargo Bank, N.A. is successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously sued herein as Wells Fargo Home Loan and Wachovia Mortgage). Plaintiff's opposition was due on May 29, 2012. Civ. L.R. 7-3. The hearing on this motion was scheduled for June 28, 2012. This case was reassigned to this Court on June 5, 2012. (Dkt. No. 17.) The reassignment order specifically stated that "[b]riefing schedules remain unchanged." *Id.*

To date, Plaintiff has failed to respond to the Motion to Dismiss, which is now *over* two weeks late. Defendant has re-noticed the hearing on the Motion to Dismiss for July 17, 2012. (Dkt. No. 18.) Defendant further filed a Notice of Non-Receipt of Opposition to Defendant Wells Fargo's Motion to Dismiss on June 11, 2012. (Dkt. No. 19.) Plaintiff has not responded to the notice. <u>Plaintiff shall file his opposition to the Motion to Dismiss by June 20, 2012. Failure to file an opposition by that date will result in dismissal of the action against Defendant for failure to prosecute.</u> If Plaintiff submits his opposition by this date, Defendant shall reply by June 27, 2012.

The hearing date of July 17, 2012 is hereby maintained.

**IT IS SO ORDERED.**

Dated: June 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**