UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VOSSEKUIL,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO HOME LOAN, et al.,<br><br>    Defendants. | Case No.: 4:12-cv-02298-YGR<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE ON HEARING ON MOTION TO DISMISS** |

The parties have filed a Stipulation to Continue Briefing Schedule on Hearing on Motion to Dismiss. (Dkt. No. 31.) The parties indicate they are amenable to continue the hearing on the pending motion to dismiss. Accordingly, the Court continues the July 13, 2012 hearing on the motion to dismiss to <u>July 31, 2012 at 2:00 p.m.</u> Plaintiff's opposition is due on July 11, 2012. Defendants' reply is due on July 18, 2012.

<u>The hearing date for the motion for preliminary injunction of July 13, 2012 is hereby maintained.</u> The briefing schedule for that motion is unchanged. (*See* Dkt. No. 30.)

This Order terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated: June 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**