Luis W. Camacho, Esq. (SBN 163331)
Ravi K. Sakthivel (SBN 256327)
LAW OFFICES OF GENE W. CHOE, BAY AREA.
1735 North First Street, Suite 220
San Jose, California, 95112
Telephone: (408) 579-1970
Fax: (408) 579-1975

Attorneys for Plaintiff,
RUBEN VOSSEKUIL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| RUBEN VOSSEKUIL, an individual, | CASE NO: 4:12-cv-02298-YGR |
|---|---|
| Plaintiff, | (Honorable Yvonne Gonzales Rogers) |
| vs. | **PLAINTIFF RUBEN VOSSEKUIL'S DISMISSAL OF ACTION AGAINST ALL DEFENDANTS WITHOUT PREJUDICE** AND ORDER |
| WELLS FARGO HOME LOAN, a business entity from unknown, WACHOVIA MORTGAGE, a business entity, REGIONAL TRUSTEE SERVICES, a business entity, and DOES 1 through 50, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ruben Vossekuil dismisses the above captioned action in its entirety against all defendants without prejudice.

DATED: July 30, 2012                LAW OFFICES OF GENE W. CHOE, P.C

                                    By: _/s/ Ravi K. Sakthivel_
                                    Attorney for Plaintiff
                                    RUBEN VOSSEKUIL

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
August 3, 2012

1